JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 11-301-VBF(PJWx)**                Dated: **September 14, 2011**

Title:    Kristen Shook v. Petsmart Inc., et al.

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

          Joseph Remigio                    None Present
          Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                          None Present

PROCEEDINGS (IN CHAMBERS):           **COURT ORDER APPROVING STIPULATION DISMISSING ACTION WITH PREJUDICE [DOCKET NO. 17]**

     Before the Court is a Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure filed by the parties. The action is dismissed with prejudice pursuant to the stipulation of the parties.

**IT IS SO ORDERED.**

                                        Initials of Deputy Clerk   jre